IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAMS RESOURCES & ENERGY INC., ADA RESOURCES, INC. and ADAMS RESOURCES EXPLORATION COMPANY | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO.: 4:15-CV-00422 |
| RANGER INSURANCE COMPANY, n/k/a FAIRMONT SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendants. | § | [JURY DEMANDED] |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Adams Resources & Energy, Inc., ADA Resources, Inc. and Adams Resources Exploration Company, and Defendant, Ranger Insurance Company n/k/a Fairmont Specialty Insurance Company, who pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismissal of the above-captioned lawsuit without prejudice. The parties further stipulate that each party is to bear their own costs and fees.

Respectfully submitted,

**BECK REDDEN LLP**

BY: *Michael E. Richardson*
Michael E. Richardson
State Bar No. 24002838
Federal Bar No. 23630
1221 Mc Kinney Street, Suite 4500
Houston, TX 77010-2020
Telephone: 713-951-3700
Facsimile: 713-951-3720
E-mail: mrichardson@beckredden.com

**ATTORNEY FOR PLAINTIFFS,
ADAMS RESOURCES & ENERGY INC., ADA
RESOURCES, INC. AND ADAMS
RESOURCES EXPLORATION COMPANY**


**AND**

**PHELPS DUNBAR LLP**

By: *P. Alkas*
Peri H. Alkas
Attorney-In-Charge
TBN: 00783536
Federal ID No.: 15787
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
E-mail: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
RANGER INSURANCE COMPANY N/K/A
FAIRMONT SPECIALTY INSURANCE
COMPANY**

PD.16714643.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                                            /s/ P. Alkas
                                                                                            Peri H. Alkas