UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Adams Resources & Energy Inc., et al, § § § § § § § § § § | | |
| Plaintiffs, | | |
| v. | § | Civil Action No. H-15-422 |
| Ranger Insurance Co., et al, | | |
| Defendants. | | |

ORDER

Pursuant to the Joint Stipulation of Dismissal Without Prejudice filed on March 10, 2015, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this ___11___ day of March, 2015.

DAVID HITTNER
United States District Judge